No. 73–1119. MTM, INC., ET AL. *v.* BAXLEY, ATTORNEY GENERAL OF ALABAMA, ET AL. Appeal from D. C. N. D. Ala. Probable jurisdiction noted and case set for oral argument with No. 73–296 [immediately *supra*].

No. 73–5772. FARETTA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–547. GUERRA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–702. BURGER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 73–723. ADAMS COUNTY BOARD OF SUPERVISORS ET AL. *v.* HOWARD ET AL.; and

No. 73–770. HOWARD ET AL. *v.* ADAMS COUNTY BOARD OF SUPERVISORS ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–732. SUTTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–746. LASKER, U. S. DISTRICT JUDGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–747. AUSTIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–757. LEVINE *v.* UNITED STATES; and

No. 73–761. CHIPPAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.